UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARIO LINORES TLATENCHI, | Case No. 1:25-cv-1762 |
| Petitioner, | Hon. Paul L. Maloney<br>U.S. District Court Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Sally J. Berens<br>U.S. Magistrate Judge |
| Respondents. | |

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

**SO STIPULATED:**

Respectfully submitted,

Dated: December 22, 2025

/s/ *Laura Smith*
LAURA SMITH
ARDC 6300907
Laura@childrenslegalcenterchicago.org
Children's Legal Center
1100 W Cermak Rd., Suite 422
Chicago, Illinois 60608
312-722-6642
Attorney for Petitioner

                                  TIMOTHY VERHEY
                                  United States Attorney

Dated: December 22, 2025        /s/ *Kalen H. Pruss*
                                  KALEN H. PRUSS
                                  Assistant United States Attorney
                                  Post Office Box 208
                                  Grand Rapids, MI 49501-0208
                                  (616) 456-2404
                                  Kalen.Pruss@usdoj.gov
                                  Attorney for Respondents

**IT IS SO ORDERED:**

Dated: December 30, 2025        /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge